[Criminal No. 63.]

TERRITORY OF ARIZONA, Respondent, v. JOSEPH H. YOUREE, Appellant.

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai.

Wilson & Norris, and Herndon & Hawkins, for Appellant.

Attorney-General, and H. D. Ross, District Attorney, for Respondent.

February 14, 1891.  Reversed.

[Civil No. 305.]

TERRITORY OF ARIZONA, Plaintiff and Appellant, v. THE PERSONS, REAL ESTATE, LAND, AND PROPERTY Described in the Delinquent List of the County of Pima for the Year 1889, Appellees.

APPEAL from the District Court of the First Judicial District in and for the County of Pima.

Clark Churchill, Attorney-General, B. H. Hereford, District Attorney, and Barnes & Martin, for Appellant.

H. W. Maxwell, Maxwell & Satterwhite, C. W. Wright, W. H. Lovell, Haynes & Heney, Jeffords & Franklin, J. A. Zabriske, and F. J. Heney, for Appellees.

February 14, 1891.  Affirmed.